IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVON DAVIES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M. DELAVEGA, et al.,<br><br>　　　　Defendants. | ) No. C 14-03372 EJD (PR)<br>)<br>) ORDER OF TRANSFER<br>)<br>)<br>)<br>)<br>)<br>) |

   Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at Solano State Prison in Vacaville, California, for inadequate medical care.  Because the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).  Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  See 28 U.S. C. § 1406(a).

   The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED:   11/26/2014

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\CR.14\03372Davies_transfer(ED).wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AVON DAVIES,

        Plaintiff,

  v.

M. DELAVEGA, et al.,

        Defendants.

Case Number: CV14-03372 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/1/2014 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Avon Davies J-42775
Bldg 22-23/5
Solano State Prison
P.O. Box 4000
Vacaville, Ca 95696

Dated:  12/1/2014

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk